27 NORTH DEVELOPMENT
25-20 39TH AVE
L.I.C  N.Y 11101
TEL (718) 943-4812

30-25 21ST STR LLC
1836 GILFORD AVE
NEW HYDE PARK N.Y 11040
TEL (516) 352-3599

32-16 CRESCENT ST L.P
33-20 BROADWAY
ASTORIA  N.Y 11106
TEL (718) 728-2114

A2Z MECHANICAL INC
36-28 23RD STREET
L.I.C  N.Y 11106
TEL (718) 786-8342

AAD CONSTRUCTION CORP.
141 DWIGHT STREET
BROOKLYN,  NY 11231
TEL (718) 439-1400

ALIGN INTERIORS CORP
189-45 46TH AVE
FLUSHING N.Y. 11358
CELL (917) 682-5970

ALMO GROUP CORP
23-39 B.Q.E. WEST
ASTORIA, N.Y 11103
TEL (718) 728-8038

ALPHA GENERAL CONTRACTORS (
21-03 21ST AVENUE
ASTORIA,NY 11105
TEL (718) 956-8500

ALPHA GLASS CORP
38-02 24TH STR
L.I.C  N.Y 11101
TEL (718) 937-2222

ALPHA RESTORATION
24-70 46TH STREET
ASTORIA NY 11103
TEL (718) 204-5522

ANTIS CONTRACTING CORP
26-01 21 STREET
L.I.C  N.Y 11101
TEL (718) 482-0470

APOLLO MECHANICAL INC
24-63 46TH STREET
ASTORIA N.Y 11103
TEL (718) 392-2727


ASTORIA LIME CORP
33-78 11th STREET
L.I.C., NY 11106
TEL (718) 779-4881


ASTORIA TOWER 31 LLC
18-29 27TH AVE
ASTORIA N.Y 11102
TEL (718) 777-1422


AVL CONTRACTING & WOODWORK
34-16 11th STREET
L.I.C., NY 11106
TEL (718) 728-0048


B & H RESTORATION
37-39 9TH STREET
L.I.C N.Y 11101
TEL (718) 274-5598


BAY RESTORATION CORP.
32-47 62ND STREET
WOODSIDE N.Y 11377
TEL (718) 204-0062


BELNORD HOTEL CORP
209 & 207 WEST 87 STREET
NEW YORK, NY 10024
TEL (212) 873-5222


BERNIC ENTERPRISES INC
36 MAPLE PLACE
2ND FLOOR
MANHASSET, NY 11030


BIG APPLE COMPACTOR CO INC
64-20 LAUREL HILL BLVD
WOODSIDE, NY 11377
TEL (718) 205-8580


BLU CONTRACTING INC
20-14 49TH STREET
ASTORIA N.Y 11105
TEL (718) 777-1097


BORATI CO.INC./ PET-CON MECHAN
43-01 VERNON BLVD.
L.I.C., NY 11101
TEL (718) 389-7777

BRANKO PEROS WOODWORKING I
31-54 12TH STR
L.I.C N.Y 11106
TEL (516) 650-0980

BUILD-SOURCE CORP
34-26 31st STREET
ASTORIA, NY 11106
TEL (718) 392-0300

CARMEL YORK INC
11 BOND STREET
CENTRAL VALLEY N.Y 10917
TEL (718) 392-5814

CATSIMALIS PLUMBING & HEATING
20-22 45th STREET
ASTORIA, NY 11105
TEL (718) 784-8773

CC TECHNICAL CONTRACTING COI
21-60 33RD STREET
ASTORIA N.Y 11105
TEL (718) 777-2903

CENTRAL BUILDERS DEVEL CORP
48-04 ASTORIA BLVD
ASTORIA N.Y 11103
TEL (718) 726-9222

CENTRAL CONSTRUCTION MGT
40-05 CRESCENT STREET
L.I.C N.Y 11101
TEL (718) 472-0830

CHARAN ELECTRICAL ENTERPRISE
27-14 39TH AVE
L.I.C N.Y 11101
TEL (718) 706-9612

CHASE CONSTRUCTION INC
25-03 40TH AVE
L.I.C N.Y 11101
TEL (212) 421-9999

CHIAN ENTERPRISES
36-12 34TH AVENUE
SUITE 300#4
ASTORIA, NY 11106

CLIENT QUOTE

CONSTRUCTAMAX INC
10 HARBOR PARK DRIVE
PORT WASHINGTON N.Y 11050
TEL (718) 786-2121

CRESCENT STREET CONST. CORP
36-44 13th STREET
L.I.C., NY 11106
TEL (718) 706-8500

CROSSCITY CONSTRUCTION CORP
12 BIRCH HILL RD
GREAT NECK N.Y 11020
CELL (646) 662-6731

CYPRESS CONSTRUCTION
254-21 39TH AVE
LITTLE NECK N.Y 11363
TEL (718) 777-1230

D.M.A GENERAL CONTRACTING INC
112 BAY DRIVEWAY
MANHASSET NY 11030
TEL (646) 996-5643

DELLWOOD DEVELOPMENT LLC
909R BAY RIDGE AVE
BROOKLYN N.Y 11219
TEL (718) 238-2227

DELPHI GENERAL CONTRACTA CO
207-07 34TH AVE
BAYSIDE N.Y 11361
TEL (718) 225-0013

DELPHINI CONTRACTING INC
21-01 147TH STREET
WHITESTONE N.Y 11357
TEL (718) 661-2251

DIMITRIOS TSAKONAS
34-11 36th AVENUE
L.I.C., NY 11106
TEL (718) 937-1851

DINOS CONSTRUCTION
36-09 CLEARVIEW EXPWY
BAYSIDE, NY 11361
TEL (718) 225-4745

DYNATEC CONTRACTING INC
25-52 CRESCENT STREET
ASTORIA, NY 11102
TEL (718) 721-6022

E.M.B CONTRACTING
23-16 40TH AVE
L.I.C, N.Y 11101
TEL (718) 472-2145

EAST RIVER CONTRACTING CORP
34-56 10TH STREET
L.I.C, NY 11106
TEL (718) 726-7803

EKOS CONTRACTING LLC
42 GROVE STREET
GLENWOOD LANDING NY 11547
TEL (516) 759-1081

ELLIOT DEVELOPMENT.
56-25 215STREET
BAYSIDE N.Y 11364
TEL (718) 224-8180

EURO STONE FABRICATOR
48-04 ASTORIA BLVD
ASTORIA N.Y 11103
TEL (718) 726-9222

EVERLAST GENERAL CONSTRUCTI
11-55 WELLING COURT
L.I.C., NY 11102
TEL (718) 274-9688

FARRUGIAS CORP
315 EAST 84 STREET
NEW YORK N.Y 10028
TEL (212) 772-6416

FG-PH CORP
54-42 46th STREET
MASPETH, NY 11378
TEL (718) 937-1950

FORMA GLASS CORP
30-73 31 STREET
ASTORIA N.Y 11102
TEL (718) 956-6333

FULL SERVICE CONTRACTING INC
510 EAGLE AVE
WEST HEMPSTEAD N.Y 11552
TEL (516) 485-9005

G & C RESTORATION INC
21-69 46TH STR
ASTORIA N.Y 11105
TEL (718) 396-1486

X

G & FAST ELECTRIC INC
36-12 23rd STREET
L.I.C., NY 11106
TEL (718) 937-1576

GABRIELLE MANUFACTURING LLC
11 BOND STREET
CENTRAL VALLEY N.Y 10917
TEL (718) 392-5814

GALAXY GC GROUP, LLC
3152 ALBANY CRESCENT
BRONX N.Y 10463
TEL (718) 601-7000

GALAXY GENERAL CONTRACTING
3152 ALBANY CRESCENT
BRONX N.Y 10463
TEL (718) 601-7000

GEORGE & JERZY CONTRACTING
64-19 CENTRAL AVE,
GLENDALE N.Y 11385
TEL (718) 386-4344

GEORGE HANNON INC / ACKLEM PI
46-16 27TH STREET
L.I.C., NY 11101
TEL (718) 433-2400

GREENPOINT FILM FACTORY INC
203 MESEROLE AVENUE
BROOKLYN, NY 11222
TEL (718) 349-9146

H&D MAINTENANCE CO INC
36-17 37TH STREET
L.I.C NY 11101
TEL (718) 786-7407

INTERNATIONAL TESTING LABORA
23-17 37TH AVE
L.I.C N.Y 11101
TEL (718) 726-1527

J & J JOHNSON CO. INC
42-25 12TH STREET
L.I.C N.Y 11101
TEL (718) 392-3033

J.C.C. CONSTRUCTION
24-02 39TH AVENUE
L.I.C., NY 11101
TEL (718) 361-0909

JADO SEWING MACHINE INC
40-08 22ND STREET
L.I.C. N.Y 11101
TEL (718) 784-2314

JR GRECH CONOT CORP
36-32 23RD STREET
L.I.C N.Y 11106
TEL (718) 937-5015

KAFKA CONSTRUCTION INC
38-30 28 STREET
L.I.C NY 11101
TEL (718) 937-0020

KMA INSULATION INC
29-10 38TH AVENUE
LIC,N.Y 11101
TEL (718) 784-2208

KOENIG IRON WORKS INC.
8-14 37th AVENUE
L.I.C., NY 11101
TEL (718) 433-0900

L & C BUILDERS
220 52nd STREET
BROOKLYN, NY 11220
TEL (718) 567-2224

LATERRA MANAGMENT
28-21 ASTORIA BLVD
ASTORIA N.Y 11102
TEL (718) 274-4555

M.C. ACROPOLIS LLC
38-08 BELL BLVD
2ND FLOOR
BAYSIDE, NY 11356

M.S.J CONSTRUCTION CORP.
24-26 49TH STREET
ASTORIA N.Y 11103
TEL (718) 204-8806

MARANGOS CONSTRUCTION COR
20 EAST VANDERVENTER AVE
SUITE 106 E
PORT WASHINGTON NY 11050

MARNICOS REALTY CORP
51-32 35TH STREET
L.I.C,NY 11101
TEL (718) 361-6899

,GREEN NY CORP.
ONE HOLLOW LANE STE #303
LAKE SUCCESS N.Y 11042
TEL (516) 365-3003

,MASPETH STEEL FABRICATORS
58-15 58TH PLACE
MASPETH N.Y 11378
TEL (718) 326-7597

,MRMD NY CORP
3041 AVE U STE 3
BROOKLYN N.Y 11229
TEL (718) 332-7332

,PRIME MECHANICAL CONTRACTIN
33-59 55th STREET
WOODSIDE, NY 11377
TEL (718) 533-6300

,PRONOS CONSTRUCTION
32-33 35TH STREET
ASTORIA N.Y 11106
TEL (718) 784-7097

,RODEL ELECTRI CONTRACTORS II
31-23 VERNON BLVD
L.I.C N.Y 11106
TEL (718) 784-1460

,STYLEANDCARE INC
43-21 ASTORIA BLVD
ASTORIA N.Y 11105
TEL (718) 777-2238

. CARTER MILCHMAN & FRANK IN
28-10 37th AVE
L.I.C N.Y 11101
TEL (800) 333-2345

. CERTIFIED LUMBER CORP.
470 KENT STREET
BROOKLYN NY 11211
TEL (718) 387-1233

. DA CORTA BROS., INC
91-07 ASTORIA BLVD
JACKSON HEIGHTS N.Y 11369
TEL (718) 429-0707

. FULTON LUMBER INC
2360 FULTON STREET
BROOKLYN N.Y 11233
TEL (718) 385-2262

. G.C.M METAL INDUSTRIES INC
420 TROUTMAN STREET
BROOKLYN N.Y 11237
TEL (718) 386-7373


. G.C.M STEEL PRODUCTS INC
349 TROUTMAN STREET
BROOKLYN N.Y 11237
TEL (718) 386-7373


. GLENDALE LUMBER CO
71-21 73 PLACE
GLENDALE N.Y 11385
TEL (718) 821-1840


. HENRY'S WHOLESALE & RE
1674 BROADWAY
BROOKLYN NY 11207
718-452-0008


. KAZALAS PAINT SUPPLY CO, INC
90-16 37TH AVE
JACKSON HEIGHTS NY 11372
TEL (718) 478-0039


. MARLY BUILDING SUPPLY CORP
858 MEEKER AVE
BROOKLYN NY 11222
TEL (718) 384-3900


. MIRON LUMBER INC
268 JOHNSON AVE
BROOKLYN NY 11206
TEL (718) 497-1111


. PYRAMID BUILDING SUPPLIES
30-15 31 AVE
ASTORIA N.Y 11106
TEL (718) 424-3000


. SUNNY LUMBER SUPPLY N.Y INC
26 CHERRY STREET
BROOKLYN N.Y 11222
TEL (718) 218-8426


. TRI-STAR LUMBER CORP
30-40 21 STREET
L.I.C N.Y 11102
TEL (718) 545-3344


15 WEST 72 STR OWNERS CORP
15 WEST 72ND STREET
MANHATTAN N.Y 10023
TEL (212) 874-5500

MELVA CONSTRUCTION
36-23 23rd STREET
L.I.C., NY 11106
TEL (718) 482-1932

MESTA CONSTRUCTION
42-20 ASTORIA BLVD
ASTORIA, NY 11103
TEL (718) 626-2533

METRO INTERIOR REMODELING CO
684 PARK AVE
MANHASSET N.Y 11030
TEL (516) 365-9300

METROPOLITAN CONSTR & MAINTE
45-48 51ST STREET
WOODSIDE,N.Y.11377
TEL (718) 433-0357

MILE SQUARE CONSTRUCTION INC
41 BOX ST.SUITE #301
BROOKLYN, N.Y 11222
TEL (718)349-0825

MINOS CONSTRUCTION COR
162-46 12RD
WHITESTONE,N.Y 11357
(718) 956-0202

MONTEC INTERIORS INC.
37-23 27th STREET
L.I.C N.Y 11101
TEL (718) 361-6617

MOZART IRON CRAFT CORP
39-39 29TH STREET
L.I.C N.Y 11101
TEL (718) 472-2052

N & D PLUMBING & HEATING CORP
30-51 32 STR APRT #2
ASTORIA, NY 11102
TEL (718) 721-5396

NCP RESTORATIONS LTP
64 WATER LANE NORTH
LEVITTOWN N.Y 11756
TEL (516) 796-2962

NEW IMAGE GENERAL CONTRACTI
61-04 39th AVENUE
WOODSIDE, NY 11377
TEL (718) 396-2700

NEW YORK STONE CO. INC
10 HARBOR PARK DRIVE
PORT WASHINGTON, NY 11050
TEL (516) 299-5252

ODYSSIA GLOBAL COMMUNICATIO
25-72 BOROUGH PLACE
WOODSIDE, NY 11377
TEL (718) 932-4819

PAC CONSTRUCTION SERVICES C(
45-48 51 ST STREET
WOODSIDE, N.Y 11377
TEL (718) 937-4881

PAGE REAL ESTATE
35-20 30TH AVE
ASTORIA N.Y 11103
TEL (718) 721-0103

PAN BROTHER ASSOCIATES
14 WEST 23RD STREET
MANHATTAN N.Y 10010
TEL (212) 255-2000

PENTA RESTORATION CORP.
24-11 41st AVENUE
L.I.C., NY 11101
TEL (718) 706-7800

POSITIVE ELECTRICAL ASSOC. INC
40-33 23rd STREET
L.I.C., NY 11101
TEL (718) 482-0202

PRISMA CONSTRUCTION
22-50 33rd STREET
ASTORIA, NY 11105
TEL (718) 626-9538

PSO REALTY CORP
23-52 23 STREET
ASTORIA N.Y 11105
CELL (917) 939-0053

QUALITY BUILDING CONTRACT IN(
99 POWERHOUSE RD ST#302
ROSLYN HEIGHTS, NY 11577
TEL (516) 829-7740

RENO GEN. CONT CORP.
34-26 200th STREET
BAYSIDE, NY 11361
TEL (718) 631-4084

RIGHT TEMP MECHANICAL INC
39-02 29TH STR
L.I.C N.Y 11101
TEL (718) 786-8119

RJB CONTR CARTING/ ARMTEK CO
36-33 10TH STREET
L.I.C N.Y 11106
TEL (718) 482-8400

SCALPEL CONSTRUCTION
10 HARBOR PARK DRIVE
PORT WASHINGTON NY 11050
TEL (516) 299-5260

SEA BREEZE GENERAL CONSTR IN
24-30 47TH STREET
2ND FLOOR ASTORIA NY 11103
TEL (718) 721-9030

SHAMAS CONSTRUCTION CORP
4509 PARK AVE
BRONX N.Y 10457
TEL (718) 563-2100

SOUND MAINTENANCE INC
150 WEST 22ND STR
MANHATTAN N.Y 10011
TEL (631) 234-3680

SPILIOS & ASSOCIATES INC
32-52 32ND STREET
ASTORIA N.Y 11106
TEL (718) 204-2457

STEFANOS
112 WINTER LANE
HICKSVILLE N.Y 11181

STONE & TERRAZZO WORLD
51-32 35TH STREET
L.I.C ,N.Y 11101
TEL (718)367-6899

SUBURBANA CONTRACTING CORP
14-22 30TH AVE
ASTORIA N.Y 11102
TEL (646) 210-4638

SUMMIT WATERPR & RESTORA CC
13-15 37TH AVE
L.I.C N.Y 11101
TEL (718) 392-6858

TAKOS & K ELECTRIC
38-58 11th STREET
L.I.C., NY 11101
TEL (718) 472-1300

THAK CONSTRUCTION INC
1032 MCLEAN AVE
YONKERS N.Y 10704
(914) 403-1268 AIDEN

THE PHOENIX BIRD CONSTRUCTIO
15021 128TH STREET
SOUTH OZONE PARK NY 11420
TEL (718) 835-1535

THE RIGHT CONNECTION
36-36 23RD STREET
L.I.C N.Y 11106
TEL (718) 786-0190

TMA CONSTRUCTION, INC
21-16 31ST AVENUE
L.I.C., NY 11106
SUITE 2

TRI-STATE LUMBER INC
11 WEST STREET
BROOKLYN N.Y 11222
TEL (718) 599-4700

TWENTIETH AVE CONTRACTING C
36-01 20TH AVE
ASTORIA N.Y 11105
TEL (718) 729-9929

VASTECH CONTRACTING CORP
47-20 28TH AVE
L.I.C N.Y 11103
TEL (718) 204-4943

VELLA INTERIORS INC
12-12 37th AVENUE
L.I.C., NY 11101
TEL (718) 729-0026

VEMA CORE LLC
38-68 11TH STR
L.I.C N.Y 11101
TEL (718) 706-7686

VEMA ENTERPRISES INC
38-65 10th STREET
L.I.C., NY 11101
TEL (718) 706-7077

VEMA GROUP LLC
38-65 104TH STREET
L.I.C N.Y 11101
(718) 706-7077

VEMA-P, LLC
515 3RD AVE
N.Y.C N.Y 10016
TEL (718) 786-9785

VERTEX RESTORATION CORP
42-19 19th AVENUE
ASTORIA, NY 11105
TEL (718) 721-5558

VIDURBI PROPERTIES LLC
47-14 158TH STREET
FLUSHING N.Y 11358
TEL (718) 461-1219

XIA GENERAL CONTRACTING INC
18-19 129 STREET
COLLEGE POINT N.Y 11356
TEL (718) 445-8900

XINOS CONSTRUCTION CORP.
110-32A 15 AVE
COLLEGE POINT N.Y 11356
TEL (718) 358-4272

ZOOM CONTRACTING INC
37-20 SKILLMAN AVE
L.I.C N.Y 11101
TEL (718) 626-7979